## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x
**In Re:**

Joycelyn Griffiths aka Joycelyn Lampley aka
Joycelyn Edwards aka Joycelyn Griffiths Edwards

**Case Number** 1-11-46020-nhl
**Chapter 7**

**Adv. Proc. No:**
**Hearing Date:**

**Debtor**
-------------------------------------------------x

### Proceeding Memorandum/Order

**Matter:** Status Hearing on Loss Mitigation held on December 9, 2014

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☐ **Granted**
- ☐ **Approved**
- ☐ **Moot**
- ☐ **Denied**
- ☐ **Denied Without Prejudice**
- ☐ **Withdrawn in Open Court**
- ☐ **Sustained**
- ☐ **Overruled**
- ☐ **Continued to:** _____
- ☐ **Proposed Order to be submitted by:** _____
- ☐ **Stipulation to be submitted by:** _____
- ☐ **Taken Under Advisement:** _____

It is hereby ORDERED that the Loss Mitigation Status Hearing is adjourned to February 5, 2015 at 10:30 a.m.; and and it is further ORDERED that the Loss Mitigation Period is extended to February 5, 2015; and it is further ORDERED that the parties file status reports with the Court by no later than 4:00 p.m. on January 29, 2015.



**Dated: December 13, 2014**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**